5 So.3d 159 (2009)
STATE ex rel. Porter MAJOR
v.
STATE of Louisiana.
No. 2008-KH-1587.
Supreme Court of Louisiana.
April 13, 2009.
*160 Denied. The record does not support petitioner's claim that the sentence on his conviction for being a felon in possession of a firearm was enhanced as a result of his being found to be a fourth felony offender. State v. Major, 02-0942 (La.App. 1 Cir. 11/8/02), 836 So.2d 700, writ denied, 02-3227 (La.11/29/05), 916 So.2d 153. See also. La.C.Cr.P. art. 930.3; State ex rel Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172.